| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | JEFFREY BOSSERT CLARK |
| Paul W. Hughes (*Pro Hac Vice*) | Acting Assistant Attorney General |
| phughes@mwe.com | BRAD P. ROSENBERG |
| Sarah P. Hogarth (*Pro Hac Vice to be filed*) | Assistant Director, Federal Programs Branch |
| 500 North Capitol Street NW | BRIGHAM J. BOWEN |
| Washington, DC 20001 | Assistant Director, Federal Programs Branch |
| (202) 756-8000 | CAROL FEDERIGHI |
| William G. Gaede, III (136184) | Senior Trial Counsel |
| wgaede@mwe.com | ALEXANDRA R. SASLAW (DC Bar 1618175) |
| 275 Middlefield Road, Suite 100 | LAUREL H. LUM |
| Menlo Park, CA 94025 | Trial Attorneys |
| (605) 815-7400 | United States Department of Justice |
| *Attorneys for Plaintiffs* | Civil Division, Federal Programs Branch |
| | P.O. Box 883 |
| | Washington, DC 20044 |
| | Phone: (202) 514-4520 |
| | alexandra.r.saslaw@usdoj.gov |
| | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | No. 4:20-cv-07331-JSW |
| Plaintiffs, | |
| v. | STIPULATION RE: BRIEFING SCHEDULE AND CONSOLIDATION UNDER RULE 65(a)(2) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Plaintiffs and Defendants ("parties"), by and through undersigned counsel, agree, subject to the Court's approval, that the Court should consolidate plaintiffs' motion for a preliminary injunction with the merits under FRCP Rule 65(a)(2) with respect to plaintiffs' claims that defendants lacked good cause to dispense with the notice and comment requirements provided under the Administrative Procedure Act ("APA") and should stay Defendants' obligation to respond to the Complaint. The parties do not wish to change any of the deadlines set in this case, including the hearing currently noticed for November 23, 2020. In support thereof, the parties state as follows:

1. In view of plaintiffs' intent to file their motion for preliminary injunction or for partial summary judgment (ECF No. 31), this Court directed the parties to come to a mutually agreeable briefing schedule with the reply due no later than 4:00 p.m. on November 13, 2020. *See* ECF No. 26.

2. The parties have conferred and jointly recommend that the Court should consolidate plaintiffs' motion for a preliminary injunction with the merits under FRCP Rule 65(a)(2) with respect to plaintiffs' claims that defendants lacked good cause to dispense with the notice and comment requirements provided under the Administrative Procedure Act ("APA") prior to promulgating the Interim Final Rules: *Strengthening Wage Protections for the Temporary and Permanent Employment of Certain Aliens in the United States*, 85 Fed. Reg. 63872 (Oct. 8, 2020) ("DOL IFR") and *Strengthening the H-1B Nonimmigrant Visa Classification Program*, 85 Fed. Reg. 63,918 (Oct. 8, 2020) ("DHS IFR"). *See* Plaintiffs' Notice of Motion and Motion for Preliminary Injunction to Stay Agency Action or for Partial Summary Judgment ("Pls.' Mot."), ECF No. 31; Complaint ¶¶ 181-194 (Counts I and II), ECF No. 1.

3. Moreover, to expedite resolution of the notice-and-comment claim, the parties propose to dispense at this stage with the requirement that Defendants compile an Administrative Record, and instead will rely upon the IFR and the materials cited in the IFR as the Administrative Record.

4. Prompt resolution of the notice-and-comment claim will best preserve the Court's limited resources and allow for an expedited resolution of a potentially dispositive claim. Thus, the parties agree to stay further briefing and resolution of the other claims pending the Court's disposition of Plaintiffs' notice-and-comment claim.

5. Based on this understanding, the parties further agree that resolution of the notice and comment claim will facilitate an orderly briefing of the issues the Court needs to decide on a preliminary injunction schedule.

STIPULATION RE:  BRIEFING SCHEDULE
AND CONSOLIDATION UNDER RULE 65(a)(2)
Case No. 4:20-cv-07331-JSW

6. Plaintiffs have not sought a preliminary injunction on their remaining claims, and the parties do not ask the court to address any of these claims at this time. *See* Compl. ¶¶ 195-204 (Count III and IV).

7. Therefore, the parties stipulate to the following briefing schedule:

| Event | Deadline |
|---|---|
| Defendants' Response to the Motion for Preliminary Injunction to Stay Agency Action or for Partial Summary Judgment (converted as described herein) | November 6, 2020 |
| Plaintiffs' Reply | November 13, 2020 at 4 p.m. |
| Hearing, if any, on Plaintiffs' Motion for a Preliminary Injunction to Stay Agency Action or for Partial Summary Judgment and APA Stay (converted as described herein) | November 23, 2020 |

7. Additionally, the parties, pending Court approval, stipulate that Defendants' obligation to respond to the Complaint and under Rule 12(a)(2) of the Federal Rules of Civil Procedure should be stayed.

IT IS SO STIPULATED THIS 4TH DAY OF NOVEMBER, 2020:

MCDERMOTT WILL & EMERY LLP
s/*Paul W. Hughes*
Paul W. Hughes (*Pro Hac Vice*)
phughes@mwe.com
Sarah P. Hogarth (*Pro Hac Vice to be filed*)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

William G. Gaede, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(605) 815-7400
*Attorneys for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
BRIGHAM J. BOWEN
Assistant Directors, Federal Programs Branch

s/*Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
ALEXANDRA R. SASLAW
LAUREL H. LUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

STIPULATION RE: BRIEFING SCHEDULE
AND CONSOLIDATION UNDER RULE 65(a)(2)
Case No. 4:20-cv-07331-JSW

P.O. Box 883
Washington, DC  20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendants*

STIPULATION RE:  BRIEFING SCHEDULE
AND CONSOLIDATION UNDER RULE 65(a)(2)
Case No. 4:20-cv-07331-JSW

# [PROPOSED] ORDER

**Pursuant to Stipulation, it is ORDERED that:**

1. Plaintiffs' Motion for a Preliminary Injunction is hereby advanced to a trial on the merits and consolidated with the preliminary injunction hearing only with respect to Plaintiffs' claims that the Department of Labor's October 8, 2020, Interim Final Rule ("DOL IFR"), *Strengthening Wage Protections for the Temporary and Permanent Employment of Certain Aliens in the United States*, 85 Fed. Reg. 63872, and the Department of Homeland Security's October 8, 2020, Interim Final Rule ("DHS IFR"), *Strengthening the H-1B Nonimmigrant Visa Classification Program*, 85 Fed. Reg. 63,918 (Oct. 8, 2020), violated the Administrative Procedure Act's requirement of notice-and-comment rulemaking (Counts I and II);

2. All other claims are stayed pending the disposition of Plaintiffs' notice-and-comment claim;

3. Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction, as modified and converted, is due November 6, 2020;

4. Plaintiffs' Reply is due on November 13, 2020 by 4 p.m.; and

5. The parties should prepare for a hearing on Plaintiffs' motion on November 23, 2020.

6. In lieu of an Administrative Record, the Court will decide Plaintiffs' notice-and-comment claims on the parties' briefs and on the material included in and referenced by the IFR.

It is further ORDERED that Defendants' deadline to file a response to the Complaint is stayed.

Dated: _____          _____

                                                                     JEFFREY S. WHITE

                                                                     United States District Judge

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __th day of November.

                                          s/_____
                                          CAROL FEDERIGHI
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          P.O. Box 883
                                          Washington, DC  20044
                                          Phone: (202) 514-1903
                                          carol.federighi@usdoj.gov