UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: November 23, 2020                              Time in Court: 60 minutes

**JUDGE: JEFFREY S. WHITE**                    **Court Reporter**: **Diane Skillman**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: 20-cv-07331 JSW**

**TITLE:  Chamber of Commerce of the U.S.A, et al., v. U. S. Dept of Homeland Security, et al.,**

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Paul Hughes (via Zoom)                              Alexandra Saslaw (via Zoom)
                                                                    Brad Rosenberg (via Zoom)

**AMICI COUNSEL:**
Joseph O'Keefe (via Zoom)
Andrew Sherwood (via Zoom)

**PROCEEDINGS:**      Motion for Preliminary Injunction (via Zoom)
                                    Motion for Partial Summary Judgment (via Zoom)

**RESULTS:**              Hearing held.
                                    Motions are taken under submission.
                                    A written ruling shall issue.