UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHAMBER OF COMMERCE OF THE UNITED STATE OF AMERICA, et al., Plaintiffs, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., Defendants. | Case No. 20-cv-07331-JSW<br><br>**RULE 54(B) JUDGMENT** |
|---|---|

Pursuant to the Court's Order issued this date granting Plaintiffs' motion for partial summary judgment and denying Defendants' cross-motion on Plaintiffs' first two claims for relief, and finding there is no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), the Court HEREBY ENTERS JUDGMENT in favor of Plaintiff and against Defendant on those claims for relief.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 1, 2020

_____
JEFFREY S. WHITE
United States District Judge