MCDERMOTT WILL & EMERY LLP
Paul W. Hughes (*Pro Hac Vice*)
phughes@mwe.com
Sarah P. Hogarth (*Pro Hac Vice to be filed*)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
William G. Gaede, III (136184)
wgaede@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(605) 815-7400
*Attorneys for Plaintiffs*

JOHN C. COGHLAN
Deputy Assistant Attorney General
BRAD P. ROSENBERG
BRIGHAM J. BOWEN
Assistant Directors, Federal Programs Branch
CAROL FEDERIGHI
Senior Trial Counsel
ALEXANDRA R. SASLAW (DC Bar 1618175)
LAUREL H. LUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | No. 4:20-cv-07331-JSW<br><br>STIPULATION RE: ENLARGING TIME TO RESPOND TO COMPLAINT |

Plaintiffs and Defendants ("parties"), by and through undersigned counsel, agree, subject to the Court's approval, to modify the current briefing schedule so as to provide Defendants with sixty additional days to respond to the Complaint in this case. In support thereof, the parties state as follows:

1. On October 19, 2020, Plaintiffs filed their Complaint in this action, challenging the "DHS Rule," *Strengthening the H-1B Nonimmigrant Visa Classification Program*, 85 Fed. Reg. 63,918 (Oct. 8, 2020), and the "DOL Rule," *Strengthening Wage Protections for the*

*Temporary and Permanent Employment of Certain Aliens in the United States*, 85 Fed. Reg. 63,872 (Oct. 8, 2020).

2. On October 23, 2020, Plaintiffs filed their Motion for Preliminary Injunction to Stay Agency Action or for Partial Summary Judgment.

3. On November 4, 2020, this Court entered an order, pursuant to a stipulation, advancing Plaintiffs' Motion for a Preliminary Injunction to a trial on the merits with respect to Plaintiffs' claims that the DOL Rule and the DHS Rule violated the Administrative Procedure Act's requirement of notice-and-comment rulemaking.

4. This Court's November 4, 2020 order also stayed Defendants' deadline to file a response to the Complaint in this case.

5. On December 1, 2020, this Court entered its Order Granting Plaintiffs' Motion for Partial Summary Judgment and Denying Defendants' Cross-Motion, wherein the Court set aside the DHS Rule and DOL Rule.

6. Both DHS and DOL immediately took steps to comply with this Court's order.

7. The Court's December 1, 2020 order did not expressly lift the stay on Defendants' deadline to file a response to the Complaint in this case. However, Defendants understand that if the Court's order did lift the stay, then their deadline to respond to the Complaint would be January 19, 2021.

8. Defendants seek, and Plaintiffs agree to, a sixty-day extension of Defendants' deadline to respond to the Complaint to allow Defendants sufficient time to assess how to move forward with this case.

9. If the Court grants this stipulation, Defendants' response will be due on March 22, 2021.

10. This stipulation does not affect any other deadlines in this case.

1 | IT IS SO STIPULATED THIS 18TH DAY OF JANUARY, 2021:

| MCDERMOTT WILL & EMERY LLP | JOHN C. COGHLAN |
|---|---|
| s/*Paul W. Hughes* | Deputy Assistant Attorney General |
| Paul W. Hughes (*Pro Hac Vice*) | |
| phughes@mwe.com | BRAD P. ROSENBERG |
| Sarah P. Hogarth (*Pro Hac Vice to be filed*) | BRIGHAM J. BOWEN |
| 500 North Capitol Street NW | Assistant Directors, Federal Programs Branch |
| Washington, DC 20001 | |
| (202) 756-8000 | s/*Alexandra R. Saslaw* |
| | CAROL FEDERIGHI |
| William G. Gaede, III (136184) | Senior Trial Counsel |
| wgaede@mwe.com | ALEXANDRA R. SASLAW |
| 275 Middlefield Road, Suite 100 | LAUREL H. LUM |
| Menlo Park, CA 94025 | Trial Attorneys |
| (605) 815-7400 | United States Department of Justice |
| *Attorneys for Plaintiffs* | Civil Division, Federal Programs Branch |
| | P.O. Box 883 |
| | Washington, DC 20044 |
| | Phone: (202) 514-1903 |
| | carol.federighi@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

STIPULATION RE: ENLARGING TIME TO RESPOND TO COMPLAINT
Case No. 4:20-cv-07331-JSW

**[PROPOSED] ORDER**

**Pursuant to Stipulation, it is SO ORDERED.**

Dated: _____     _____

JEFFREY S. WHITE

United States District Judge

STIPULATION RE: ENLARGING TIME TO RESPOND TO COMPLAINT
Case No. 4:20-cv-07331-JSW

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of January.

> s/ *Alexandra R. Saslaw*
> ALEXANDRA R. SASLAW
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, DC 20044
> Phone: (202) 514-4520
> alexandra.r.saslaw@usdoj.gov