UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No.4:20-cv-07331-JSW <br><br> **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR VOLUNTARY REMAND** <br><br> Date: July 16, 2021 <br> Time: 9:00am <br> Courtroom: 5 <br> Judge: Hon. Jeffrey S. White |

Upon consideration of the Defendants' Motion for Voluntary Remand, and all responses and replies thereto, it is hereby ORDERED that, for the reasons set forth in Defendants' Motion, Defendants' Motion is hereby GRANTED.

So ordered on this _____ day of _____, 2021.

_____
Jeffrey S. White
United States District Judge