UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | Civil Action No.4:20-cv-07331-JSW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR VOLUNTARY REMAND WITH VACATUR**<br><br>Dkt. Nos. 134, 138 |

　　　The Court has considered the Department of Labor Defendants' Motion for Voluntary Remand, in which they state they do not oppose granting the motion subject to vacatur of the DOL Final Rule at issue in this case. Plaintiffs do not oppose the motion, on the condition that the Court Order vacatur of the Final Rule. The Court finds good cause to grant the motion. Accordingly, the Court VACATES the hearing scheduled for July 16, 2021, and remands the matter with vacatur of the Final Rule. This Order renders moot the stipulation to stay filed on June 22, 2021.

　　　So ordered on this 22nd day of June, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　United States District Judge