MCDERMOTT WILL & EMERY LLP
Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

William G. Gaede, III (136184)
wgaede@mwe.com
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400

Attorneys for Plaintiffs

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; BAY AREA COUNCIL; NATIONAL RETAIL FEDERATION; AMERICAN ASSOCIATION OF INTERNATIONAL HEALTHCARE RECRUITMENT; PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; CALIFORNIA INSTITUTE OF TECHNOLOGY; CORNELL UNIVERSITY; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; UNIVERSITY OF SOUTHERN CALIFORNIA; UNIVERSITY OF ROCHESTER; UNIVERSITY OF UTAH; and ARUP LABORATORIES,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF LABOR; ALEJANDRO MAYORKAS, in his official capacity as Acting Secretary of Homeland Security; and AL STEWART, in his official capacity as Secretary of Labor,<br><br>       Defendants. | Case No. 4:20-CV-7331-JSW<br><br>**PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY FOR HEARING ON MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

**NOTICE OF ADDITIONAL AUTHORITY**

Pursuant to the Court's September 8, 2021 Notice of Tentative Ruling and Questions for Hearing (Dkt. 151), Plaintiffs respectfully provide notice of the following additional authority. This authority was not cited in the parties' briefs regarding the present motion for summary judgment. In view of the Court's question regarding the higher education parties, Plaintiffs may wish to make reference to this material during oral argument:

Case law:

- *Horne v. Flores*, 557 U.S. 433, 446-47 (2009) (Exhibit 1)
- *Leonard v. Clark*, 12 F.3d 885, 888 (9th Cir. 1993) (Exhibit 2)

Material previously filed in this litigation:

- Declaration of Jonathan Baselice, Dkt. No. 31-1, ¶¶ 4, 15.
- Declaration of Zane Brown, Dkt. No. 31-2, ¶¶ 1, 4-7.
- Declaration of Jack Chen, Dkt. No. 31-4, ¶¶ 1, 8.
- Declaration of Patrick Duffy, Dkt. No. 31-6, ¶¶ 14, 22.
- Declaration of Joseph Elias, Dkt. No. 31-7, ¶ 7.
- Declaration of Miriam Feldblum, Dkt. No. 31-8, ¶ 8.
- Declaration of Edmund Schweitzer, Dkt. No. 31-12, ¶¶ 1, 5.
- Defendants' Motion to Hold Case in Abeyance, Dkt. No. 96, at 4-5.

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

DATED: September 9, 2021

By: */s/ Paul W. Hughes*

Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
Sarah P. Hogarth (*pro hac vice*)
Andrew A. Lyons-Berg (*pro hac vice*)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

William G. Gaede, III (136184)
wgaede@mwe.com
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400

*Attorneys for Plaintiffs*

U.S. CHAMBER LITIGATION CENTER
Daryl Joseffer (*pro hac vice to be filed*)
1615 H Street NW
Washington, DC 20062
(202) 463-5337

*Counsel for the Chamber of Commerce of the United States of America*