UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATE OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 20-cv-07331-JSW <br><br> **JUDGMENT** |

Pursuant to the Order issued this date granting Plaintiffs' motion for summary judgment and denying Defendants' cross-motion, judgment is HEREBY ENTERED in favor of Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 15, 2021

_____
JEFFREY S. WHITE
United States District Judge