BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
CAROL FEDERIGHI
Senior Trial Counsel
ALEXANDRA R. SASLAW
LAUREL H. LUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br>  Plaintiffs, <br>   v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>  Defendants. | Civil Action No. 4:20-cv-07331-JSW <br><br> **DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order and Judgment of September 15, 2021, ECF Nos. 157 & 158.

Dated: November 12, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

s/*Alexandra R. Saslaw*
CAROL FEDERIGHI
Senior Trial Counsel
ALEXANDRA R. SASLAW
LAUREL H. LUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Attorneys for Defendants*

**REPRESENTATION STATEMENT**

<u>Appellants</u>:

| | |
|---|---|
| **Names of parties:** | United States Department of Homeland Security; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security |
| **Appellate counsel:** | Carol Federighi<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>(202) 514-1903<br>carol.federighi@usdoj.gov |

<u>Appellees</u>:

| | |
|---|---|
| **Name of parties:** | Chamber of Commerce of the United States of America;<br>Bay Area Council;<br>National Retail Federation;<br>American Association of International Healthcare Recruitment;<br>Presidents' Alliance on Higher Education and Immigration;<br>California Institute of Technology;<br>Cornell University;<br>University of Southern California;<br>University of Rochester;<br>University of Utah;<br>Arup Laboratories |
| **Counsel:** | Paul W. Hughes , III<br>McDermott Will and Emery LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>(202) 756-8981<br>Phughes@mwe.com<br><br>Andrew A. Lyons-Berg<br>McDermott Will and Emery LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>(202) 756-8979<br>Alyonsberg@mwe.com<br><br>Sarah P. Hogarth<br>McDermott Will and Emery LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br> (202) 756-8354<br>Shogarth@mwe.com |

|   |   |   |
|---|---|---|
| 1 |  | William G. Gaede , III |
| 2 |  | McDermott Will & Emery LLP |
|   |  | 415 Mission Street, Suite 5600 |
| 3 |  | San Francisco, CA 94105-2533 |
|   |  | (650) 815-7435 |
| 4 |  | Wgaede@mwe.com |
| 5 | **Name of party:** | The Board of Trustees of the Leland Stanford Junior University |
| 6 | **Counsel:** | Paul W. Hughes , III |
|   |  | McDermott Will and Emery LLP |
| 7 |  | 500 North Capitol Street NW |
|   |  | Washington, DC 20001 |
| 8 |  | (202) 756-8981 |
|   |  | Phughes@mwe.com |
| 9 |  |  |
|   |  | William G. Gaede , III |
| 10 |  | McDermott Will & Emery LLP |
|   |  | 415 Mission Street, Suite 5600 |
| 11 |  | San Francisco, CA 94105-2533 |
|   |  | (650) 815-7435 |
| 12 |  | Wgaede@mwe.com |