| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 2 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; et al.,

    Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,

    Defendants-Appellants.

No.   21-16912

D.C. No. 4:20-cv-07331-JSW
Northern District of California, Oakland

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 8) is granted.

Fed. R. App. P. 42(b). Each party shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

                        FOR THE COURT:

                        By: Sasha M. Cummings
                        Circuit Mediator